UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Gary Murphy<br>　　Plaintiff<br><br>v.<br><br>Gold's Gym,<br>On Target Management, Inc.<br>Dow Fitness, Inc. and<br>FITLAB Fitness Center,<br>　　Defendants | Civil Action No. 1:19-cv-00841-PB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the Parties, by and through his attorneys, and stipulate dismissal of this action with prejudice.

Dated: May 3, 2021

Respectfully Submitted,

GARY MURPHY,
By his attorneys,
Backus, Meyer & Branch, LLP
By   /s/ Jon Meyer
Jon Meyer, Esquire, NH Bar # 1744
116 Lowell Street, PO Box 516
Manchester, NH  03105-0516
(603) 668-7272
jmeyer@backusmeyer.com

1

Dated: May 3, 2021                          ON TARGET MANAGEMENT, INC.,
                                                      By its attorneys,
                                                      Cullen Collimore, PLLC
                                                      By /s/ Brian Cullen
                                                      Brian Cullen, NH Bar # 11265
                                                      10 East Pearl Street
                                                      Nashua, NH  03060
                                                      603-881-5500
                                                      bcullen@cullencollimore.com